```
5G    WARREN A. CUNTZ, JR.
      Standing Chapter 13 Trustee                                              551342
      10585 THREE RIVERS ROAD
      SUITE G                                    HANCOCK BANK
      GULFPORT, MS 39503                         GULFPORT, MS 39502

CLAIM NO.           DEBTOR'S NAME        VOID AFTER 90 DAYS   CASE NUMBER     PAY THIS
                                         MO.  DAY  YEAR                       AMOUNT
           In RE  DEBTOR; See Voucher Listing
                                         04   14   2010                      **4,116.28***
CLASSIFICATION

              ********Four Thousand One Hundred Sixteen Dollars and 28/100********

INTEREST
PORTION
              CLERK, US BANKRUPTCY COURT*****
         TO THE  DAN M RUSSELL JR - U S COURTHOUSE        MEMO
BALANCE DUE  ORDER  2012 - 15TH STREET - SUITE 244
AFTER THIS CHECK  OF  GULFPORT, MS 39501-
```

⑊551342⑊  ⑊065503681⑊  013282821⑊

---

CHECK NUMBER    DATE            CASE NUMBER
551342          04/14/2010

Original Check:

Original Date:

Original Payee:

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 1 6 2010
DANNY L. MILLER, CLERK
BY_____ DEPUTY CLERK

```
DEPOSIT OF FUNDS
PURSUANT TO RULE 3011
AMOUNT PAID: $ 4,116.28
```

# REMITTANCE STATEMENT

WARREN A. CUNTZ, JR., Standing Chapter 13 Trustee
Chapter 13 Bankruptcy Cases
10585 THREE RIVERS ROAD
SUITE G
GULFPORT, MS 39503

**DO NOT SEPARATE REMITTANCE STATEMENT FROM CHECK**

| Check Number |
| --- |
| 551342 |

| Printed |
| --- |
| 4/14/2010 |

| Issue Date |
| --- |
| 04/14/2010 |

CLERK, US BANKRUPTCY COURT
DAN M RUSSELL JR - U S COURTHOUSE
2012 - 15TH STREET - SUITE 244
GULFPORT, MS 39501

| Case Number | Debtor | Acct No. | Paid Through | Unpaid Balance | Amount Paid |
| --- | --- | --- | --- | --- | --- |
| 0454974 | CHILDRESS, JEFFERY A | | | Continuing | 136.00 |
| | ORIGINAL CHECK 546690 11/30/2009 JEFFERY & AMY CHILDRESS 2282 OLD HIGHWAY 26 LUCEDALE MS 39452 | | | | |
| 0550208 | HAMILTON, III, CLARENCE A | | | Continuing | 492.50 |
| | ORIGINAL CHECK 546692 11/30/2009 CLARENCE A HAMILTON, III 1917 KENSINGTON AVENUE OCEAN SPRINGS MS 39564 | | | | |
| 0751044 | OVERSTREET, ROCHELLE KAY | | | Continuing | 3,487.78 |
| | ORIGINAL CHECK 546696 11/30/2009 ROCHELLE K OVERSTREET 120 GARDEN RIDGE ROAD MCHENRY MS 39561 | | | | |
| | | | | TOTAL | 4,116.28 |

THIS STATEMENT COVERS PAYMENTS ON YOUR CLAIMS FOR THE ABOVE CASES
PLEASE RETAIN FOR YOUR RECORD.

Page 1 of 1